UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RODNEY LEON JONES,         )     CASE NO.: 5:18-cv-02675-VEB
                           )
           Plaintiff,      )     ORDER AWARDING
                           )     EAJA FEES
        v.              )
                           )
ANDREW M. SAUL, Commissioner )
of Social Security,           )
                           )
          Defendant.    )
_____

      Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

      **IT IS ORDERED** that Plaintiff shall be awarded attorneys' fees under the Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND FOUR HUNDRED TWELVE DOLLARS and 00/cents ($2,412.00), as authorized by  28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

      DATED: June 29, 2020   /s/Victor E. Bianchini

                        VICTOR E. BIANCHINI
                        UNITED STATES MAGISTRATE JUDGE